UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDALL ALLRED,<br><br>    Plaintiff,<br><br>  v.<br><br>INNOVA EMERGENCY MEDICAL ASSOCIATES, P.C., et al.,<br><br>    Defendants. | Case No. 3:18-cv-03633-CRB<br><br>**ORDER OF RECUSAL** |

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned to a District Judge pursuant to the Assignment Plan.

All pending dates of motions, pretrial conferences and trial are hereby vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: August 6, 2018

_____
CHARLES R. BREYER
United States District Judge